PRUDENTIAL INSURANCE COMPANY OF AMERICA v. Agnes B. GREENE.
No. 6114.

Circuit Court of Appeals, Sixth Circuit.
Jan. 17, 1933.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellant.

Day & Tetlow, of Cleveland, Ohio, for appellee.

PER CURIAM.
Judgment of District Court reversed, and cause remanded for a new trial.

READ PHOSPHATE COMPANY, Appellant, v. R. K. LANEY, Appellee.
No. 3386.

Circuit Court of Appeals, Fourth Circuit.
Nov. 28, 1932.

Samuel Want and Melvin Hyman, both of Darlington, S. C., for appellant.

Williams & Stewart, of Lancaster, S. C., and P. A. Murray, Jr., of Cheraw, S. C., for appellee.

PER CURIAM.
Order of dismissal and judgment of District Court reversed, and case remanded to District Court for further proceedings.

Willie RINDNER, Bankrupt, v. Harry B. ROSENBAUM, as Trustee, etc., Appellant.
No. 189.

Circuit Court of Appeals, Second Circuit.
Feb. 20, 1933.

Weinberg & Weinberg, of New York City (Benjamin Weiss and Reuben Weinberg, both of New York City, of counsel), for appellant.

Sarafite & Naftalison, of New York City (Louis J. Naftalison and Joseph A. Sarafite, both of New York City, of counsel), for appellees.

Samuel Weisman, of New York City, for bankrupt.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

John L. ROBBINS, Trading as Robbins Incubator Mfg. Company, v. IRA M. PETERSIME & SON.
No. 6214.

Circuit Court of Appeals, Sixth Circuit.
Jan. 12, 1933.

See, also, 51 F.(2d) 174; 40 F.(2d) 640.

Allen & Allen, of Cincinnati, Ohio, and R. I. Blakeslee, of Los Angeles, Cal., for appellants.

Toulmin & Toulmin, of Dayton, Ohio, for appellee.

PER CURIAM.
Dismissed pursuant to stipulation of counsel.